5 So.2d 851

**NATIONAL LIFE & ACCIDENT INSUR-ANCE CO. v. Julia MOSES.**

**6 Div. 789.**

Court of Appeals of Alabama.

Dec. 16, 1941.

Wm. A. Jacobs, of Birmingham, for appellant.

Mullins & Deramus and Chas. S. Deason, all of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed by appellant.

6 So.2d 906

**Starling Ernest NELSON v. STATE.**

**8 Div. 141.**

Court of Appeals of Alabama.

Feb. 3, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

10 So.2d 58

**Garvin NEWELL v. STATE.**

**8 Div. 272.**

Court of Appeals of Alabama.

June 30, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

1 So.2d 47

**Garvin NEWELL v. STATE.**

**8 Div. 49.**

Court of Appeals of Alabama.

Jan. 14, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

5 So.2d 851

**Dan NICHOLES v. STATE.**

**6 Div. 775.**

Court of Appeals of Alabama.

Dec. 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

11 So.2d 172

**Otis NICHOLS v. STATE.**

**7 Div. 714.**

Court of Appeals of Alabama.

Oct. 27, 1942.

E. W. Harmon, of Anniston, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.

Affirmed.